# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT TAMPA FLORIDA

TAVERN L DOWNING
Plaintiff,
v.
WALMART INC.,
Defendant.

8:25-cv-2564-KKM-NHA

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Tavern L Downing, for complaint against Defendant Walmart Inc., alleges as follows:

SEP 23 2025
FILED - USDC - FLMD - TPA



TPA-23010
$405.00

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claims arising under the Constitution and laws of the United States, including 42 U.S.C. § 1981 prohibiting racial discrimination in and under 28 U.S.C. § 1343 for civil rights violations.

2. The Court has supplemental jurisdiction over related state law claims under 28 U.S.C. § 1367.

3. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to the claims occurred within this judicial district and Defendant Walmart conducts business here.

## PARTIES

4. Plaintiff, Tavern L Downing , is a resident of Winter Haven Florida

5. Defendant, Walmart Inc., is a Delaware corporation headquartered in Bentonville, Arkansas, and conducts substantial business operations throughout Florida.

## FACTUAL ALLEGATIONS

6. On or about August 17th, Plaintiff visited Walmart located at 355 Cypress Garden Blvd Winter Haven Florida 33880.

7. While lawfully present, Plaintiff was subjected to unlawful detention and confinement by Walmart employees without probable cause or justification.

8. Plaintiff was falsely accused of aiding and abetting shoplifting/human sex trafficking in a manner that defamed Plaintiff's character and reputation.

9. Walmart employees used words and conduct that discriminated against Plaintiff based on race, depriving Plaintiff of equal rights guaranteed under 42 U.S.C. § 1981.

10. During this incident, Plaintiff suffered humiliation, mental distress, emotional trauma, and physical harm.

11. The unlawful treatment also caused damage to Plaintiff's marital relationship by the officer contacting the Plaintiff newlywedded wife and questioning her about did she know her husband was involved in human sex trafficking and force a woman to commit shop lifting by threatening to beat the alleged suspect woman with a shovel if she did not do what he told her to do.

12. Walmart's actions were willful, malicious, and done with reckless disregard for Plaintiff's rights.

## CAUSES OF ACTION

### COUNT I – Defamation of Character (State Law)
13. Defendant, through its employees, made false statements about Plaintiff to third parties that harmed Plaintiff's reputation.
14. The statements were not privileged and directly caused damages.

### COUNT II – False Imprisonment (State Law)
15. Walmart employees unlawfully confined Plaintiff without legal justification or consent.
16. Plaintiff suffered harm as a result.

### COUNT III – Racial Discrimination (42 U.S.C. § 1981)
17. Defendant denied Plaintiff the right to make and enforce contracts, including the purchase of goods, on equal terms because of Plaintiff's race.

### COUNT IV – Intentional Infliction of Emotional Distress
18. Defendant's conduct was extreme and outrageous, intended to cause severe emotional distress or done with reckless disregard.
19. Plaintiff suffered severe mental anguish and emotional harm.

### COUNT V – Loss of Consortium / Damages to Marriage
20. As a direct result of Defendant's conduct, Plaintiff's marital relationship has been injured.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in Plaintiff's favor and against Defendant Walmart Inc. as follows:
  a. Compensatory damages in an amount of 400,000,000.00
  b. Punitive damages for willful and malicious conduct;
  c. Injunctive relief prohibiting Walmart from engaging in discriminatory practices;
  d. Costs of suit and attorney's fees as allowed by law;
  e. Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*[signature]*

Tavern L Downing Sr
2421 Avenue F Nw
Winter Haven Fl 33880
EMAIL Yeadara77@gmail.com